IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01457-NRN

CARSON GEBER,

    Plaintiff,

v.

EQUIPMENTSHARE.COM INC., et al.,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Carson Geber and Defendants EquipmentShare.com Inc., Jeff Waites, and Chad Shubin, by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

    DATED this 24th day of July 2023.

SO STIPULATED:

FOR PLAINTIFF                                              FOR DEFENDANTS

 /s/    James W. McQuade                      /s/ Michael A. Freimann
JAMES W. MCQUADE, #36110                MICHAEL A. FREIMANN, #35430
Heckenbach Law, P.C.                             KATIE GUILFOYLE, #55284
7400 East Orchard Rd. Ste 270S              Armstrong Teasdale LLP
Greenwood Village, Colorado 80111       4643 South Ulster Street, Suite 800
Telephone: 303.858.8000                         Denver, Colorado 80237
jmcquade@hmpclawyers.com                 Telephone: 720.200.0679
                                                                Facsimile: 720.200.0679
                                                                mfreimann@atllp.com
                                                                kguilfoyle@atllp.com

DATED:  July 24, 2023

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the foregoing document was filed and served via ECF filing on July 24, 2023 to:

James W. McQuade, LL.M
Heckenbach Law PC
7400 East Orchard Road Suite 270S
Greenwood Village, CO 80111
Phone Number: 303.858.8000
E-mail: JMcquade@hmpclawyers.com
*Attorney for Plaintiff*

               */s/ Michael Freimann*
               Michael Freimann